1  SCOTT N. JOHNSON, ESQ., SBN 166952
   DISABLED ACCESS PREVENTS INJURY, INC.
   5150 FAIR OAKS BLVD., SUITE 101
2  PMB #253
   CARMICHAEL, CA 95608-5758
3  TELEPHONE (916) 485-3516
   FAX (916) 481-4224
4  E-MAIL   scottnjohnson@comcast.net

5  Attorney for Plaintiff Scott N. Johnson

6

7

8           **UNITED STATES DISTRICT COURT**

9          **EASTERN DISTRICT OF CALIFORNIA**

10

11

12
                                    ) Case No.**2:11-cv-01179-LKK-GGH**
13  Scott N. Johnson                )
                                    ) **ORDER RE: REQUEST FOR DISMISSAL**
14          Plaintiff,              )
                                    )
15      vs.                         )
                                    )
16  Fernando Gomez, et al,          )
                                    )
17          Defendants              )
                                    )
18  _____)

19

20      IT IS HEREBY ORDERED THAT this action is hereby

21  dismissed With Prejudice pursuant to Rule 41(a)(1) of the

22  Federal Rules of Civil Procedure.

23

24  Date: June 28, 2011

25                                  LAWRENCE K. KARLTON
                                    SENIOR JUDGE
26                                  UNITED STATES DISTRICT COURT

27

28

              PROPOSED ORDER RE REQUEST FOR DISMISSAL

                  CIV: S-11-cv-01179-LKK-GGH - 1